# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2025-1808

**Short Case Caption:** Terracino v. Trimaco, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Trimaco, Inc.

| | | |
|---|---|---|
| **Principal Counsel:** Deborah Pollack-Milgate | | Admission Date: 9/22/2005 |
| Firm/Agency/Org.: Barnes & Thornburg LLP | | |
| Address: 11 S. Meridian Street, Indianapolis, Indiana 46204 | | |
| Phone: (317) 231-7339 | Email: deborah.pollackmilgate@btlaw.com | |
| **Other Counsel:** Allen R. Baum | | Admission Date: 6/22/1993 |
| Firm/Agency/Org.: Barnes & Thornburg LLP | | |
| Address: 4208 Six Forks Road, Suite 1010, Raleigh, North Carolina 27609 | | |
| Phone: (919) 536-6207 | Email: allen.baum@btlaw.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/10/25

Signature: /s/ Deborah Pollack-Milgate

Name: Deborah Pollack-Milgate