FORM 26. Docketing Statement                                Form 26 (p. 1)
                                                             July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2025-1808

**Short Case Caption:** Terracino v. Trimaco, Inc.

**Filing Party/Entity:** Trimaco, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Eastern District of N.C. | 5:22-cv-00015-FL | Patent |

**Relief sought on appeal:** ☐ None/Not Applicable

Trimaco seeks an affirmance of the judgment below.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Entry of summary judgment of non-infringement under 35 U.S.C. Section 271.

**Briefly describe the judgment/order appealed from:**

The Court entered summary judgment of non-infringement following a Markman ruling and brief period of discovery.

**Nature of judgment (select one):**          **Date of judgment:** 4/21/25

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

> Did the court err in entering summary judgment in favor of Trimaco and against the Terracinos on their claims of patent infringement?

Have there been discussions with other parties relating to settlement of this case?

☑ Yes    ☐ No

If "yes," when were the last such discussions?

- ☐ Before the case was filed below
- ☐ During the pendency of the case below
- ☑ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☐ Yes    ☑ No

If they were mediated, by whom?

> To clarify, mediation occurred during the course of litigation by a court-appointed mediator, Douglas Kenyon. Trimaco reached out directly to counsel for the Terracinos after the district court's judgment to see whether settlement was possible.

Do you believe that this case may be amenable to mediation? ☐ Yes   ☑ No

Explain.

> Trimaco has made substantial efforts to mediate/settle this matter but has been unsuccessful in these efforts.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 6/10/25    Signature: /s/ Deborah Pollack-Milgate

Name: Deborah Pollack-Milgate

Save for Filing